IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Michael B. Williams, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:15cv269 |
| vs. : | |
| : | Judge Susan J. Dlott |
| CCPI Inc., : | |
| : | |
| Defendant(s). : | |

ORDER

    This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 13, 2015 a Report and Recommendation (Doc. 13).  Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 14) and plaintiff filed a response to the objections (Doc. 15).

    The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

    Accordingly, plaintiff's motion to remand this case to state court (Doc. 8) is GRANTED. Defendant's motion to dismiss the complaint (Doc. 7) is DENIED AS MOOT.  This case is hereby REMANDED to the Clinton County, Ohio Court of Common Pleas.

    IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Judge Susan J. Dlott
    United States District Court